80,642-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 15 2015

Abel Acosta, Clerk

5/12/15

Hello,

My name is Jason Washington, I am writing you because I have made several attempts to get my Free Copy of the reporter's record, but my trial court refuses. First I was told that it was given to my Appeal Attorney, I then asked him A couple of times for A copy of the record, but he told me that he gave my one Free copy back to my trial court. So I asked my trial court judge For A copy of the record, and she said that I had access to the record thru my Appeal Attorney. I was Found indigent by the court, and I would like to have my Free copy of my transcripts. I need my copy of the record to Fully exaust my remedies in this matter. Please will you order the court to give me my copy of the record that I Should have recieved during my direct Appeal? Thank you!

#1812160        Jason Washington

20.2   Rules of Appellate Procedure        1500 EAst Langdon Rd
                                            Dallas, TX 75241